

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00270-CV

| | |
|---|---|
| BINION LONG AND 2L TRUCK & TRAILER, D/B/A 2L CUSTOM TRUCKS, Appellants | § On Appeal from the 43rd District Court |
| | § of Parker County (CV-20-0670) |
| V. | |
| | § February 27, 2025 |
| LEAH RIEDEL AND RODNEY A. RIEDEL, Appellees | § Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Binion Long and 2L Truck & Trailer, d/b/a 2L Custom Trucks shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach